UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------X
JOSEPH PAGAN                                      : Civil No.: 3:09-CV-1939 (JBA)
                                                  :
                                                  :
            Plaintiff,                            :
                                                  :
                                                  :
v.                                                :
                                                  :
MIDLAND FUNDING, LLC and DOES 1-10                :
                                                  :
            Defendants.                           :
                                                  :
                                                  :
------------------------------------------------------------------X   January 8, 2010


## MOTION FOR ENLARGEMENT OF TIME

The Defendants in the above-entitled action respectfully requests a 21 day enlargement of time up to and including January 29, 2010 within which to file a responsive pleading to the Plaintiff, Joseph Pagan's, complaint filed November 30, 2009.

THE DEFENDANTS,
MIDLAND FUNDING, LLC and
DOES 1-10


/s/ *Thomas Leghorn (ct22106)*
Thomas Leghorn (ct22106)
Jill E. Alward (ct27051)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
1010 Washington Blvd., 8th Floor
Stamford, CT 06901-2022
(203) 388-9100
(203)388-9101 (fax)
File No.:10277.00018

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2010, a copy of the foregoing Motion for Enlargement of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Sergei Lemberg, Esq.
Lemberg & Associates, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905

/s/*Thomas Leghorn (ct22106)*
Thomas Leghorn (ct22106)