# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph Pagan, | : |
| | : |
| | : |
| Plaintiff, | : Civil Action No.: 3:09-cv-01939-JBA |
| v. | : |
| | : |
| Midland Funding, L.L.C., et. al. | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a Stipulation of Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 17, 2010

Respectfully submitted,

PLAINTIFF, Joseph Pagan

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
Bar No.: 425027
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
slemberg@lemberglaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 17, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By: <u>/s/ Sergei Lemberg</u>
Sergei Lemberg