UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Joseph Pagan,<br><br>                Plaintiff,<br><br>v.<br><br>Midland Funding, L.L.C.,<br><br>                Defendant. | : <br> : Civil Action No.: 3:09-cv-01939-JBA<br> : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendant Midland Funding, L.L.C. with prejudice.

| Joseph Pagan | Midland Funding, L.L.C. |
|---|---|
| /s/ Sergei Lemberg | /s/ Jill E. Alward |
| Sergei Lemberg, Esq. (425027) | Jill E. Alward, Esq. (ct 27051) |
| LEMBERG & ASSOCIATES | Wilson, Elser, Moskowitz, Edelman & |
| 1100 Summer Street, 3rd Floor | Dicker, LLP - |
| Stamford, CT 06905 | 1010 Washington Boulevard |
| (203) 653-2250 | Stamford, CT 06901 |
| Attorney for Plaintiff | (203) 388-9100 |
| | Defendant for Defendant |

SO ORDERED